JOHN M. RIESTENBERG (SBN 82668)
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA 85814
Telephone: (916) 443-6300
Facsimile: (916) 329-3435

Attorney for Plaintiff
MARY WISE

PAMELA E. COGAN (SBN 105089)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:      pcogan@ropers.com
            kcurry@ropers.com
            jwilliams@ropers.com

Attorneys for Defendant
RELIASTAR LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WISE,<br><br>        Plaintiff,<br><br>v.<br><br>RELIASTAR LIFE INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>        Defendant. | CASE NO. CV 06-7360<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE PRIVATE MEDIATION;** [PROPOSED] **ORDER** |

Plaintiff Mary Wise, through her attorney of record, John M. Riestenberg of the Law Office of John M. Riestenberg, and defendant ReliaStar Life Insurance Company through its counsel of record, Ropers, Majeski, Kohn & Bentley, hereby submit the following Stipulation and Proposed Order to the Court:

1  WHEREAS, pursuant to the Court's Order entered on March 20, 2007, the parties agreed
2  to complete private mediation within 90 days from the date of the order. Accordingly, the parties
3  were to complete private mediation by June 18, 2007.
4  WHEREAS, the parties initially scheduled a private mediation session for June 13, 2007.
5  WHEREAS, the parties subsequently agreed that it was necessary to conduct depositions
6  of the respective parties before proceeding with the mediation. Due to scheduling conflicts,
7  however, the parties were unable to schedule the depositions before June 13, 2007, because lead
8  counsel for defendant, Pamela Cogan, has been in trial in Alameda County Superior Court since
9  April 27, 2007, and will still be in trial through, at least, next week.
10 WHEREAS, the parties hereby advise the Court that the private mediation in this matter
11 has been continued to June 27, 2007, and thereby request that the deadline to complete mediation
12 in this matter be continued to a date after June 27, 2007.
13 IT IS SO STIPULATED.

Dated: June /, 2007

LAW OFFICE OF JOHN M. RIESTENBERG

By: _____
JOHN M. RIESTENBERG
Attorneys for Plaintiff
MARY WISE

Dated: June /, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
JENNIFER A. WILLIAMS
Attorneys for Defendant
RELIASTAR LIFE INSURANCE COMPANY

*[Seal: United States District Court, Northern District of California — signed Judge Samuel Conti]*