1  JOHN M. RIESTENBERG (SBN 82668)
   LAW OFFICES OF JOHN M. RIESTENBERG
2  455 Capitol Mall, Suite 410
   Sacramento, CA 85814
3  Telephone: (916) 443-6300
   Facsimile: (916) 329-3435
4
   Attorney for Plaintiff
5  MARY WISE

6  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
7  JENNIFER A. WILLIAMS (SBN 244707)
   ROPERS, MAJESKI, KOHN & BENTLEY
8  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
9  Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
10 Email:       pcogan@ropers.com
                kcurry@ropers.com
11              jwilliams@ropers.com

12 Attorneys for Defendant
   RELIASTAR LIFE INSURANCE COMPANY
13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16

17 MARY WISE,                           CASE NO. CV 06-7360 SC

18              Plaintiff,              STIPULATION RE SETTING
                                        ADDITIONAL DEADLINES FOR EXPERT
19 v.                                   DISCOVERY; [PROPOSED] ORDER

20 RELIASTAR LIFE INSURANCE
   COMPANY; and DOES 1 through 20,
21 inclusive,

22              Defendant.

23

24

25

26

27

28

RC1/437408.1/JAW

STIPULATION RE ADDITIONAL DEADLINES
FOR EXPERT DISCOVERY
CASE NO. CV 06-7360 SC

Plaintiff Mary Wise, through her attorney of record, John M. Riestenberg of the Law Office of John M. Riestenberg, and defendant ReliaStar Life Insurance Company ("ReliaStar") through its counsel of record, Pamela E. Cogan of Ropers, Majeski, Kohn & Bentley, hereby stipulate as follows:

WHEREAS, on March 23, 2007, the Court entered a Status Conference Order Setting Times for Compliance with Certain Rules of Court. Pursuant to this Order, the Court stated that all discovery shall be completed by November 8, 2007, the last date for hearing motions is November 16, 2007, a pretrial conference is scheduled for December 14, 2007, and the trial is set to begin on January 7, 2008.

WHEREAS, the Court did not set any separate dates for expert disclosures or an expert discovery cut-off, the parties have agreed to adhere to the additional deadlines as follows:

- Non-expert discovery cut-off: September 28, 2007;
- Expert disclosures, including the exchange of expert reports: October 8, 2007;
- Rebuttal/supplemental expert disclosures, including the exchange of any rebuttal/supplemental expert reports: October 22, 2007;
- Expert discovery cut-off: November 8, 2007.

WHEREAS, the additional dates agreed upon by the parties do not extend any deadline already fixed by the Court.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//

Dated: June 12, 2007

LAW OFFICE OF JOHN M. RIESTENBERG

By: _____
JOHN M. RIESTENBERG
Attorneys for Plaintiff
MARY WISE

Dated: June 12, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
JENNIFER A. WILLIAMS
Attorneys for Defendant
RELIASTAR LIFE INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.** Additional deadlines for discovery are set as follows:

- Non-expert discovery cut-off: September 28, 2007;
- Expert disclosures, including the exchange of expert reports: October 8, 2007;
- Rebuttal/supplemental expert disclosures, including the exchange of any rebuttal/supplemental expert reports: October 22, 2007;
- Expert discovery cut-off: November 8, 2007.

Dated: June 13, 2007

IT IS SO ORDERED
Judge Samuel Conti

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE