UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WISE, | Case No. 06-7360 SC |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO STAY DISCOVERY PRODUCTION |
| RELIASTAR LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive | |
| Defendants. | |

## I. INTRODUCTION

This matter comes before the Court on Plaintiff's Ex Parte Application to Quash Subpoena and Prohibit the Production of Tax Returns or for an Order Staying Discovery Production. Docket No. 23. After reviewing the Plaintiff's submissions, the Court GRANTS the Motion to Stay Discovery Production.

On October 13, 2006, plaintiff Mary Wise ("Plaintiff"), filed a complaint in the Superior Court of California alleging that defendant Reliastar Life Insurance Company ("Defendant") unlawfully refused to pay Plaintiff's disability benefits. Compl. ¶¶ 3-5, Ex. A, Attach. to Def.'s Pet. for Removal, Docket No. 1. Defendant filed a Petition for Removal to the United States District Court on November 30, 2006. Docket No. 1. The parties had agreed to a schedule for discovery. Docket No. 22. On September 14, 2007, Plaintiff filed an ex parte application for an order to quash Defendant's subpoena seeking Plaintiff's tax

returns or, in the alternative, an order staying the production of the requested tax returns to allow further briefing and argument on whether Defendant's discovery request for the tax returns is justified. Ex Parte Application, Docket No. 23, at 3.

## II. BACKGROUND

According to Plaintiff, she is a former registered nurse who worked for Marin County as a detention registered nurse until on or about June 23, 2003, when she stopped working as a result of disability. See Ex Parte Application at 1. Plaintiff filed for disability benefits under the disability insurance policy issued by Defendant to employees of Marin County. Id. at 1:24-25. Defendant evaluated Plaintiff's disability insurance claim and paid her benefits until November 20, 2005, at which time Plaintiff's disability insurance benefits were terminated. Id. at 1-2. Plaintiff subsequently filed suit against Defendant in state court and Defendant removed the action to this Court. Pet. to Remove.

According to Plaintiff, various discovery has been conducted by both parties. Ex Parte Application 2. Depositions of Defendant and several of the treating physicians have been taken. Id. at 2. In addition, Plaintiff's bank records and retirement account records have been produced or are being subpoenaed. Id. On September 5, 2007, Defendant served a subpoena on Plaintiff's tax preparer, Capital Business Services, Inc. ("Capital Business"). Id. In the subpoena Defendant seeks production of all records of Plaintiff maintained by Capital Business, which

2

consist of Plaintiff's tax returns and W-2 forms.  Id. at 2-3. According to Plaintiff, these records are to be turned over to Defendant on Tuesday, September 18, 2007.  Id. at 2.

Plaintiff has filed the Ex Parte Application in an effort to prevent Capital Business from producing the requested tax returns.  Id.[1]  Plaintiff argues that her tax returns are irrelevant to her disability insurance claim and that production of the tax returns without a compelling reason is a violation of her right to privacy.  Id.

### III. DISCUSSION

Before the Court rules on Plaintiff's Ex Parte Application for an Order to Quash the Subpoena for the production of Plaintiff's tax returns, it orders the Defendant to file an opposition brief by 12:00 p.m., Wednesday, September 19, 2007. Plaintiff may file a reply brief by 12:00 p.m., Thursday, September 20, 2007.  The matter then stands submitted with no oral argument.  Until the Court rules, discovery in this case is hereby stayed.

---

[1] Plaintiff does not contest the production, by Capital Business, of her W-2 forms. Ex Parte Application 2.

3

**IV. CONCLUSION**

For the reasons discussed herein, Plaintiff's Motion to Stay Discovery Production is GRANTED pending Defendants' opportunity to oppose the motion.

IT IS SO ORDERED.

Dated: September 17, 2007

UNITED STATES DISTRICT JUDGE