JOHN M. RIESTENBERG / SB# 82668
LAW OFFICE OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA 95814
Telephone: (916) 443-6300
Facsimile: (916) 329-3435

Attorney for Plaintiff MARY WISE


PAMELA COGAN /SB#105089
KATHRYN CURRY/SB# 157099
JENNIFER WILLIAMS/SB#244707
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant RELIASTAR LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY WISE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RELIASTAR LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | NO. 06-07360 SC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between MARY WISE by and through her counsel of record and RELIASTAR LIFE INSURANCE COMPANY by and through its counsel of record, that the above-captioned matter be dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: December 26, 2007

Respectfully submitted,

JOHN M. RIESTENBERG
Attorney for Plaintiff MARY WISE

DATED:

Respectfully submitted,

PAMELA COGAN
KATHRYN CURRY
JENNIFER WILLIAMS
Attorneys for Defendant RELIASTAR
LIFE INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: January 2, 2008



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE